AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ANTOINE H. BLALOCK**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 21, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Bersa .380 caliber handgun and .380 caliber ammunition.**

in violation of Title **18** United States Code, Section(s) **922(g)(1)**.

I further state that I am **OFFICER ANTHONY ALLEN**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER ANTHONY ALLEN**
**SEVENTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**_____
**Date**                                          **City and State**

_____        _____
**Name & Title of Judicial Officer**                    **Signature of Judicial Officer**

## STATEMENT OF FACTS

On May 21, 2007, at about 9:48 a.m., while working inside of the Metropolitan Police Department's Seventh District Station, located at xxxx Xxxxxxx Xxxxxx, X.X., Washington, D.C. officers heard several gunshots fired outside of the station. Officers went to the front of the station, and saw the defendant, Antoine Blalock, standing next to a Chevrolet Monte Carlo with Maryland tags firing a handgun into the air. Officers advised the dispatcher that there was a man in front of the 7th District Station with a gun. Officers ran towards the defendant, and ordered him to put the gun down. The defendant threw the gun in the street and took off all of his clothes. Officers recovered a Bersa .380 caliber handgun, five gun shell casings, and twenty-three ziplocks with a green weed-like substance on the ground next to the defendant. A portion of the green weed-like substance field tested positive for THC. Officers placed the defendant under arrest. The defendant told officers that he wanted to drive to the police station throw weed and fire the weapon so he could be recognized by his label. He also stated that he only had five, and he wished he had two more. To the best of the undersigned officer's knowledge, defendant Antoine Blalock, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in Prince George's County, Maryland. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge there are no Bersa .380 caliber handguns nor ammunition manufactured in the District of Columbia.

_____
OFFICER ANTHONY ALLEN
SEVENTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_ DAY OF MAY, 2007.

_____
U.S. MAGISTRATE JUDGE