# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 07-157 (HHK)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **ANTOINE H. BLALOCK,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant

United States Attorney Jocelyn Ballantine at telephone number (202) 514-7533 and/or email address

Jocelyn.Ballantine2@usdoj.gov.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____

Jocelyn S. Ballantine
California Bar 208267
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, NW, Room 4237
Washington, DC 20530
(202) 514-7533