UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

v.                               :    CR. NO. 07-157-01 (HKK)

ANTOINE BLALOCK                  :

DEFENDANT'S REQUEST FOR NOTICE OF GOVERNMENT'S
INTENTION TO USE RULE 404(B) EVIDENCE AT TRIAL

    The defendant, through undersigned counsel, pursuant to Rules 104(a), 403, and 404(b) of the Federal Rules of Evidence, respectfully moves this honorable court to order the government to provide notice of its intention to use at trial (either in its case-in-chief or in its rebuttal case) any evidence which the government contends is admissible under FRE 404(b). In support of his request, the defendant states the following:

    1. The defendant stands indicted in a three count indictment charging him with possession of a firearm by a convicted felon, possession with the intent to distribute marijuana, and possession of a firearm in connection with drug trafficking. Trial in this case is scheduled for November 13, 2007. The government, in discovery, has informed the defense of various arrests and convictions that the defendant has incurred.  While the government has not indicated an intention to use these events as "other crimes" evidence, the defendant believes that fairness and the efficient administration of justice require that it be disclosed at the earliest possible time.

    2. For that reason, the defendant is requesting that this court order the government to

provide advance notice of evidence of "similar acts" or other illegal acts that it intends to introduce at trial pursuant to FRE 404(b). Such disclosure is particularly important in this case since, to counsel's knowledge, the conduct that formed the basis of the indictment occurred in a single episode during a confined period of time.

    3. The introduction of "similar acts" evidence may be extremely prejudicial to the defendant. Due process imposes an obligation on the government to formally disclose its intention to use such evidence and the nature of the evidence. Only then can the defense be in a position to effectively investigate and rebut the proffered evidence. Moreover, under Rule 104(a) of the Federal Rules of Criminal Procedure, preliminary questions regarding admissibility of evidence shall be determined by the court. If the court is aware that the government will seek to introduce Rule 404(b) evidence, the admissibility issue can be litigated prior to trial, thus expediting the trial while allowing careful scrutiny by the court.

    4. Additionally, disclosure will allow the defense a fair opportunity to meet the similar act evidence on the merits and prevent prejudicial surprise. See Baum v. United States, 482 F.2d1325 (2nd Cir. 1973). Further, the parties may be able to stipulate to the facts in issue, thus rendering the introduction of similar acts evidence unnecessary, and, once again, expediting the trial. See United States v. DeVaugh, 601 F.2d 42, 46 (2nd Cir. 1979).

    WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this honorable court grant his request and require the government to promptly disclose its intention to use other crimes evidence.

                Respectfully submitted,


                _____/S/_____
                Edward C. Sussman, No. 174623
                Counsel for Antoine Blalock
                Suite 900 - South Building
                601 Pennsylvania Avenue N.W.
                Washington, D.C. 20004
                (202) 737-7110


## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2007, a copy of the foregoing was served by electronic filing on AUSA Jocelyn Ballantine, at 555 4th Street N.W., Washington, D.C. 20530.


                _____/S/_____
                Edward C. Sussman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

      v.          :     CR. NO. 07-157-01 (HKK)

ANTOINE BLALOCK          :

ORDER

The court has before it the request of the defendant, that the government be required to promptly disclose its intention to offer evidence at his upcoming trial under FRE 404(b). The court finds that the defendant has advanced good cause for this request. It is, therefore, this _____ day of _____2007,

ORDERED, the motion be, and hereby is, granted.

FURTHER ORDERED, that the government disclose such evidence by _____.

 

_____
HENRY K. KENNEDY
UNITED STATES DISTRICT JUDGE