FILED

NOV 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 07-157 (HHK) |
| v. : | |
| ANTOINE BLALOCK : | |

### PROFFER OF EVIDENCE

If this case were to go to trial, the government's evidence would establish beyond a reasonable doubt that:

On May 21, 2007, at about 9:45 am, Antoine Blalock stopped his Chevrolet Monte Carlo, bearing Maryland tags LFZ308, outside of the Metropolitan Police Department's Seventh District Station located at 2455 Alabama Avenue S.E., in Washington, DC. Witnesses observed him get out of the vehicle and walk around and open its trunk.

From inside of the trunk, the defendant pulled out a black bag. Moments later, he began shooting a gun into the air. As he did so, a witness heard him stating "the police should leave us alone and let us sell our weed."

Several MPD officers heard the shots from within the station and quickly went outside in response. Officer Anthony Allen approached the defendant with his weapon drawn and ordered the defendant to put down his gun. The defendant did so, and then proceeded to remove all of this clothes. He was apprehended without further incident, and was placed under arrest. Upon his arrest, officers recovered a .380 caliber Bersa semi-automatic handgun and five shell casings from the area around his feet.

Officers also recovered, from amidst the defendant's belongings that were scattered on the ground at the foot of his trunk, 23 individually packaged ziplocks of marijuana and an additional sandwich bag of marijuana. These items, which were tested by the DEA and found to be 44.1 grams of marijuana, were packaged in a manner and found in an amount that was consistent with the way marijuana is distributed in the District of Columbia.

Upon his arrest, the defendant stated that his purpose in driving to the police station was to win recognition for his label. He also stated that he wished he'd had two more bullets (the magazine had a larger capacity than the number of shell casings found).

A review of Mr. Blalock's record established that he was convicted on Felony Assault on May 31, 2000, in Maryland case number CT991934A, a crime for which he received a nine-year sentence.

This proffer of evidence is not intended to constitute a complete statement of all facts known by Mr. Blalock, but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea.

Respectfully submitted,

JEFFREY A. TAYLOR, Bar No. 498610
United States Attorney

JOCELYN S. BALLANTINE, CA Bar Num. 208267
Assistant United States Attorneys
Federal Major Crimes Section
555 4th Street, N.W., Room 4237
Washington, DC 20530
(202) 514-7533

## DEFENDANT'S ACCEPTANCE

I have read the Proffer of Evidence setting forth the facts as to my possession of a weapon in violation of 18 U.S.C. § 922(g). I have discussed this proffer fully with my attorney, Edward Sussman, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 10-9-07

Antoine Blalock
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence. I have reviewed the entire proffer with my client, Antoine Blalock, and have discussed it with him fully.

Date: 11-9-07

Edward Sussman, Esq.
Counsel for Defendant

-3-