CO-526
(12/86)

**FILED**

NOV 0 9 2007

UNITED STATES DISTRICT COURT    NANCY MAYER WHITTINGTON, CLERK
FOR THE DISTRICT OF COLUMBIA         U.S. DISTRICT COURT

UNITED STATES OF AMERICA        )
                                )
        vs.                     )        Criminal No. 07-157
                                )
  Antione Blalock               )
                                )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the
approval of the Court, the defendant waives his right to trial
by jury.

_____
                    Defendant

_____
        Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
        Judge    11/9/07