UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-154 (HHK)** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTOINE BLALOCK** | : | |

## MOTION TO CONTINUE SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the court continue the sentencing in the above-captioned case to any day after September 25, 2008.

By prior order, the court scheduled this case for sentencing on February 21, 2008, at 2:00 p.m. Government counsel learned this afternoon that her grandmother, Harriet Tyson, died today. Government counsel is therefore unavailable for the next several days, but will expects to be back in the jurisdiction by no later than Monday, February 25, 2008.

Counsel has notified counsel for the defense of her intent to file this motion.

WHEREFORE the government respectfully requests that the court continue this matter to a date after September 25, 2007.

                                          Respectfully submitted,

                                          JEFFREY A. TAYLOR
                                          United States Attorney

                                                /s/
BY: _____
                                          JOCELYN S. BALLANTINE
                                          Assistant United States Attorney
                                          C.A. Bar No. 208267
                                          555 4th Street, N.W.  Room 4237
                                          Washington, DC 20530
                                          202-514-7533
                                          Email: Jocelyn.Ballantine2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-154 (HHK)** |
| | : | |
| v. | : | |
| | : | |
| **ANTOINE BLALOCK** | : | |

## ORDER

The Court having considered the Government's motion to continue and upon finding it appropriate to do so, it is ORDERED this _____ day of _____ 2008, that the sentencing in this case be continued to a date mutually agreed upon by the parties.

_____
HENRY H. KENNEDY
Judge, United States District Court for the
District of Columbia