**HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

MAR 0 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Docket No.: <u>07-CR-157</u> |
| | : | |
| **vs.** | : | SSN: ___ |
| | : | |
| **BLALOCK, Antoine** | : | Disclosure Date: <u>January 16, 2008</u> |

<u>**RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT**</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

<u>**For the Government**</u>

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
Prosecuting Attorney                                                     Date

<u>**For the Defendant**</u>

(CHECK APPROPRIATE BOX)
(X) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*Antoan Blalock*  1-25-08                    *Edward C. Sn___*  1-25-08
Defendant            Date                            Defense Counsel            Date

<u>**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**</u>

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>**January 30, 2008**</u>, to U.S. Probation Officer <u>**Crystal Lustig**</u>, telephone number <u>**(202) 565-1425**</u>, fax number <u>**(202) 273-0242**</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Gennine A. Hagar, Chief
United States Probation Officer

**Receipt and Acknowledgment** Page 2

The alias of Michael Herman Jones is, to the defendants knowledge, a name he has never used.

Defendant maintains that a 4 level adjustment for possession of a firearm in connection with a felony drug offense (p 17) is incorrect. He was severely under the influence of drugs at the time and could not form the intent to distribute marijuana; a specific intent offense. Since he lacked mens rea for the felony offense, it was possession only and not the felony of PWD marijuana. Counsel will submit a legal memorandum to the court on this issue.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: _____1-25-08_____