FEB-07-2008  08:36        US ATTORNEYS                    202 514 6010    P.001/001

**HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>07-CR-157</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| BLALOCK, Antoine | : | Disclosure Date: <u>January 16, 2008</u> |

**FILED**

**MAR 0 7 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

**RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT**

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

<u>For the Government</u>

(CHECK APPROPRIATE BOX)
   ( ✓ )  There are no material/factual inaccuracies therein.
   (   )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          <u>1-30-08</u>
Prosecuting Attorney                                        Date

<u>For the Defendant</u>

(CHECK APPROPRIATE BOX)
   (   )  There are no material/factual inaccuracies therein.
   (   )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____       _____  _____
Defendant                        Date                  Defense Counsel                Date

**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>January 30, 2008</u>, to U.S. Probation Officer <u>Crystal Lustig</u>, telephone number <u>(202) 565-1425</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

TOTAL P.001