UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

v.                            :    CR. NO. 07-157 (HHK)

ANTOINE BLAYLOCK              :

NOTICE OF APPEAL

**FILED**
MAR 1 3 2008
Clerk, U.S. District and
Bankruptcy Courts

*Name and Address of Appellant*: Antoine Blaylock, DCDC No. 304-113, D.C. Jail, 1901 D Street, S.E., Washington, D.C. 20003.

*Name and Address of Defense Counsel*: Edward C. Sussman, Suite 900, 601 Pennsylvania Avenue N.W., Washington, D.C. 20004.

*Offenses*: 18 U.S.C. §922(g)

*Concise Statement of Judgment*: Defendant sentenced to serve 57 months in prison, imposed on March 7, 2008, following his plea of guilty to the offense listed above.

| | |
|---|---|
| March 7, 2008 | _____/ees_ |
| Date | Appellant |
| | _____ |
| | Edward C. Sussman No. 174623 |
| | Attorney for Appellant |

CJA , NO FEE __X____

Does counsel wish to appear on appeal?    Yes

This appeal is pursuant to the Criminal Justice Act and the Sentencing Reform Act of 1984.

1

Transcripts have not been ordered.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 7th day of March, 2008 by first class mail, on AUSA Jocelyn Blaylock, 555 4th Street N.W., Washington, D.C. 20530.

Edward C. Sussman