UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTIONE BLALOCK<br><br>Defendant | Criminal 07-0157 (HHK)<br><br>Magistrate 07- 232 |

ORDER

It is hereby ordered that magistrate action 07- 232 is terminated, and defendant Antione Blalock shall be designated based upon criminal action 07-157.

Date: May 7, 2008

SO ORDERED

Henry H. Kennedy, Jr.
United States District Judge